# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 23 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 05-00131-1 DLJ
)
Wilbert Williams )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____January 6, 2006_____ be continued until _____February 3, 2006_____ at _____10:00 am_____.

Date: 11-23-05

D. Lowell Jensen
Senior United States District Judge

NDC-PSR-009 12/06/04